1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                )
                                              )
9                        Plaintiff,           )
                                              )
10        v.                                  )        3:11-CR-061-LRH (VPC)
                                              )
11   KEVIN DENNIS JONES,                      )
                                              )
12   _____Defendant._____ )

13                    **FINAL ORDER OF FORFEITURE**

14        On August 16, 2011, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the

17   plea of guilty by defendant KEVIN DENNIS JONES to the criminal offense, forfeiting specific

18   property alleged in the INDICTMENT and shown by the United States to have a requisite nexus to

19   the offense to which defendant KEVIN DENNIS JONES pled guilty. Docket #1, #25, #26 #28.

20        This Court finds the United States of America published the notice of the forfeiture in

21   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

22   consecutively from August 23, 2011, through September 21, 2011, further notifying all known third

23   parties of their right to petition the Court. #29.

24        This Court finds no petition was filed herein by or on behalf of any person or entity and the

25   time for filing such petitions and claims has expired.

26   . . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time

2  for presenting such petitions has expired.

3      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8  law:

9      a.    Savage Model 340 30-30 rifle.

10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

11  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

12  as any income derived as a result of the United States of America's management of any property

13  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

14  according to law.

15     The Clerk is hereby directed to send copies of this Order to all counsel of record and three

16  certified copies to the United States Attorney's Office.

17     DATED this ___5th___ day of _____January__, 2012.

18

19

20

21     _____
       LARRY R. HICKS
22     UNITED STATES DISTRICT JUDGE

23

24

25

26